PER CURIAM.
Affirmed. See Moore v. State, 882 So.2d 977 (Fla.2004); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Carpenter v. State, 884 So.2d 385 (Fla. 2d DCA 2004); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Williams v. State, 907 So.2d 1224 (Fla. 5th DCA 2005); Pruitt v. State, 801 So.2d 143 (Fla. 4th DCA 2001); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
KHOUZAM, SLEET, and LUCAS, JJ., concur.